Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR15-90RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| SERAFIN CHAVEZ, | ) | |
| Defendant. | ) | |

THE COURT has considered the unopposed motion of the defendant for a continuance of the trial and the pretrial motions dates. The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED that the defendant's unopposed motion (Dkt. #17) is GRANTED. The trial date in this matter is continued to September 14, 2015. All pretrial motions, including motions in limine, shall be filed no later than August 6, 2015.

///

///

///

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL
MOTIONS DEADLINE
(*Serafin Chavez;* CR15-00090RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  IT IS FURTHER ORDERED that the period of time from the date of this order
2  until the new trial date of September 14, 2015, shall be excludable time pursuant to the
3  Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.
4  DATED this 6th day of May, 2015.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL
MOTIONS DEADLINE
(*Serafin Chavez;* CR15-00090RAJ) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100