JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR15-090RAJ |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION |
| v. | ) | FOR EARLY TERMINATION |
| | ) | OF SUPERVISED RELEASE |
| SERAFIN CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court on the Defendant's Motion for Early Termination of Supervised Release and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Chavez's supervised release is warranted by the conduct of Mr. Chavez and in the interests of justice;

Accordingly, it is ORDERED that Defendant's Motion (Dkt. #32) is GRANTED. The term of supervised release for Mr. Chavez shall be terminated, effective immediately.

DATED this 8th day of February, 2018.

*Richard A. Jones*
―――――――――――――――
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Serafin Chavez*; CR15-090RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
**(206) 553-1100**